**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6682**

_____

MATTHEW OTIS CHARLES,

Plaintiff - Appellant,

versus

TROY WILLIAMSON, Warden,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Robert C. Chambers, District Judge.  (CA-03-104-5)

_____

Submitted:  August 28, 2003      Decided:  September 4, 2003

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Matthew Otis Charles, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Otis Charles, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition styled as an application under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we dismiss on the reasoning of the district court. See Charles v. Williamson, No. CA-03-104-5 (S.D.W. Va. Apr. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED